AO 440 (Rev. 03/08) Civil Summons (cand 6/08)

# UNITED STATES DISTRICT COURT
for the

NORTHERN DISTRICT OF CALIFORNIA

E-FILING

Mohamed Abouelhassan

Plaintiff

v.

The United States of America (U.S. Government),
Secretary of the United States Army Pete Geren,
Elena Levintova Allison, Defense Language
Institute, Department of Defense

Defendant

Civil Action No.

ADR

C08   03774   PVT

**Filed**

AUG 2 4 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

## Summons in a Civil Action

To: The United States of America et al.

*(Defendant's name)*

A lawsuit has been filed against you.

Within 30 days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Mark Malachowski (CSBN 242696)
Attorney at Law
Malachowski and Associates
760 Market Street, Suite 947
San Francisco, CA 94102
Telephone: (415) 983 – 0717
FAX: (415) 986 – 8068

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

AUG 0 7 2008

Date: _____

Richard W. Wieking
Name of clerk of court
Tiffany Salinas-Harwell

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

AO 440 (Rev. 03/08) Civil Summons (Page 2)

**Filed**

## Proof of Service

AUG 2 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

I declare under penalty of perjury that I served the summons and complaint in this case on <u>Department of Army</u> by:

    (1) personally delivering a copy of each to the individual at this place, <u>1455 Market Street</u> ; or
                                                      San Francisco, California

    (2) leaving a copy of each at the individual's dwelling or usual place of abode with _____ who resides there and is of suitable age and discretion; or

    (3) delivering a copy of each to an agent authorized by appointment or by law to receive it whose name is _____ ; or

    (4) returning the summons unexecuted to the court clerk on _____ .

My fees are $ <u>10.00</u> for travel and $ <u>20.00</u> for services, for a total of $<u>30.00</u>.

Date: <u>August 20, 2008</u>

_____
Server's signature

<u>Umid Babojanbv, Paralegal</u>
Printed name and title

<u>1466 28th ave, San Francisco, CA 94122</u>
Server's address