Mark Malachowski (CSBN 242696)
Malachowski and Associates
760 Market Street, Suite 947
San Francisco, CA 94102
Telephone: (415) 983 – 0717
FAX: (415) 986 – 8068
mark@marklawsf.com

Attorney for the Plaintiff,
MOHAMED ABOUELHASSAN

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>    Plaintiff<br><br>v.<br><br>The United States of America (U.S. Government), Secretary of the United States Army Pete Geren, Elena Levintova Allison, Defense Language Institute, Department of Defense,<br><br>    Defendants | Case No. C 08 03774 PVT<br><br>**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE** |

REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE

The undersigned party hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Case No. C08-03774 PVT
DECLINATION TO PROCEED

abouelhassan.declination.1

1
2  DATED:  August 23, 2008                    Respectfully submitted,
3                                                              /s/
                                                          MARK T. MALACHOWSKI
4                                                          Counsel for Plaintiff
5
6  _____
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Case No. C08-03774 PVT
DECLINATION TO PROCEED

abouelhassan.declination.1

- 2 -