**United States District Court**
For the Northern District of California

1
2
3                                                           *E-FILED 11/18/08*
4
5
6
7
8                           UNITED STATES DISTRICT COURT
9                          NORTHERN DISTRICT OF CALIFORNIA
10
11   MOHAMED ABOUELHASSAN,                    No. C 08-03774 RS
12              Plaintiff,
13        v.                                  **ORDER**
14   ELENA LEVINTOVA ALLISON,,
     et al.,
15              Defendants.
16   _____/
17        Pursuant to the Related Case Order dated November 6, 2008, this case has been reassigned to
18   Magistrate Judge Richard Seeborg to conduct all further proceedings and to order the entry of final
19   judgment upon the written consent of all parties in the case.
20        IT IS HEREBY ORDERED that the parties shall make a determination regarding the issue of
21   consent to the jurisdiction of the Magistrate Judge in accordance with Title 28, U.S.C. §636(c) and
22   Federal Rule of Civil Procedure 73 and file either a Consent to Proceed Before a United States
23   Magistrate Judge or a Request for Reassignment to a United States District Judge no later than
24   **December 15, 2008**.
25   Dated: November 18, 2008
26                                            _____
                                              RICHARD SEEBORG
27                                            United States Magistrate Judge
28

**United States District Court**
For the Northern District of California

1  **THIS IS TO CERTIFY THAT NOTICE OF THIS ORDER WAS ELECTRONICALLY**
   **PROVIDED TO:**

2

3  Claire T. Cormier     claire.cormier@usdoj.gov

4  Mark Tad Malachowski     mark@marklawsf.com

5  Mohamed Abouelhassan     alslanguage@gmail.com

6

7  Dated: November 18, 2008

8

9                                    /s/ BAK_____
                                     Chambers of Magistrate Judge Richard Seeborg

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28