JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

FILED

NOV 24 2008

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>   Plaintiff,<br><br>v.<br><br>United States, et al.,<br><br>   Defendants. | Case No. C 08-03774 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER] SELECTING ADR PROCESS** |

   Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in Court-sponsored mediation, pursuant to ADR L.R. 6.

   The parties note that they believe this case is related to the previously filed case, *Mohamed Abouelhassan v. Allison, et al.*, Case No. C07-4038 RS, which has been stayed. Accordingly, the parties request that the mediation be deferred until the stay is lifted in the related case.

//
//
//
//

IT IS SO STIPULATED.

Respectfully submitted,

DATED: November 14, 2008       JOSEPH P. RUSSONIELLO
                               United States Attorney

/s/ Claire T. Cormier[1]

_____
CLAIRE T. CORMIER
Assistant United States Attorney


DATED: November 12, 2008

/s/ Mark Malachowski

_____
MARK MALACHOWSKI
Attorney for Plaintiff

# [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the captioned matter is hereby referred to the Court's mediation program. The deadline for the mediation session will be set after the stay is lifted in *Mohamed Abouelhassan v. Allison, et al.*, Case No. C07-4038 RS.   IT IS SO ORDERED.


DATED: __11/24/08__, 2008       _____
                                RICHARD SEEBORG
                                UNITED STATES MAGISTRATE JUDGE

_____

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.