| | |
|---|---|
| JOSEPH P. RUSSONIELLO (CSBN 44332)<br>United States Attorney<br>JOANN M. SWANSON (CSBN 88143)<br>Chief, Civil Division<br>CLAIRE T. CORMIER (CSBN 154364)<br>Assistant United States Attorney | *E-FILED 12/1/08* |

150 Almaden Blvd., Suite 900
San Jose, California 95113
Telephone: (408) 535-5082
FAX: (408) 535-5081
Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>   Plaintiff,<br><br>   v.<br><br>United States, et al.,<br><br>   Defendants. | Case No. C 08-03774 RS<br><br>**STIPULATION AND [PROPOSED]**<br>**ORDER EXTENDING TIME FOR**<br>**RESPONSE TO COMPLAINT,**<br>**CONSENTING TO MAGISTRATE,**<br>**AND SCHEDULING CASE**<br>**MANAGEMENT CONFERENCE** |

The parties to this action, through their counsel of record, hereby stipulate that defendants may have an extension of time to and including December 30, 2008, to answer, move, or otherwise respond to the complaint. Defendants currently anticipate filing a motion to dismiss.

In addition, in accordance with the provisions of Title 28, U.S.C. Section 636(c), all parties hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in this case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

This case was recently deemed related to a previously filed case, *Mohamed Abouelhassan v. Allison, et al.*, Case No. C07-4038 RS, which has been stayed. Accordingly, the previously scheduled case management conference was vacated. The parties request that the

1  initial case management conference for the instant case be scheduled in approximately 120 days
2  to allow for a hearing on defendants' expected motion to dismiss.
3      IT IS SO STIPULATED.

|  |  |
|---|---|
|  | Respectfully submitted, |
| DATED: November 26, 2008 | JOSEPH P. RUSSONIELLO<br>United States Attorney |
|  | /s/ Claire T. Cormier[1] |
|  | _____<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |
| DATED: November 25, 2008 |  |
|  | /s/ Mark Malachowski |
|  | _____<br>MARK MALACHOWSKI<br>Attorney for Plaintiff |

### [PROPOSED] ORDER

Pursuant to the stipulation of the parties, the deadline for defendants to answer, move, or otherwise respond to plaintiff's complaint is extended to December 30, 2008. The initial case management conference will take place on ___April 1_____, 2009 at 2:30 p.m. A Joint Case Management Statement is due seven calendar days before the conference.

IT IS SO ORDERED.

DATED: __December 1_____, 2008   _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.