JOSEPH P. RUSSONIELLO (CSBN 44332)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

   150 Almaden Blvd., Suite 900
   San Jose, California 95113
   Telephone: (408) 535-5082
   FAX: (408) 535-5081
   Claire.Cormier@usdoj.gov

*E-FILED 2/11/09*

Attorneys for Federal Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>   Plaintiff,<br><br>v.<br><br>United States, et al.,<br><br>   Defendants. | Case No. C 08-03774 RS<br><br>**STIPULATION AND [~~PROPOSED~~ ORDER] CONTINUING HEARING ON MOTION TO DISMISS** |

    Due to various work-related and personal commitments, defendant's counsel requested and plaintiff's counsel agreed to continue the hearing on defendant's pending motion to dismiss from February 25, 2009 to March 4, 2009. The due date for defendant's reply to plaintiff's opposition will now be due February 18, 2009.

    IT IS SO STIPULATED.

Respectfully submitted,

DATED: February 10, 2009        JOSEPH P. RUSSONIELLO
                                      United States Attorney

                                      /s/ Claire T. Cormier
                                      CLAIRE T. CORMIER
                                      Assistant United States Attorney

//

//

DATED: February 10, 2009

/s/ Mark Malachowski[1]
MARK MALACHOWSKI
Attorney for Plaintiff

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties, the hearing on defendant's motion to dismiss is hereby continued from February 25, 2009 to March 4, 2009. Defendant's optional reply is due on or before February 18, 2009.

IT IS SO ORDERED.

DATED: __February 11__, 2009  _____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.

-2-