1  Mark Malachowski (CSBN 242696)                    *E-Filed 3/5/09*
   Malachowski and Associates
2  760 Market Street, Suite 947
   San Francisco, CA 94102
3  Telephone: (415) 983 – 0717
   FAX: (415) 986 – 8068
4  mark@marklawsf.com

5  Attorney for the Plaintiff Mohamed Abouelhassan

6                    UNITED STATES DISTRICT COURT

7                   NORTHERN DISTRICT OF CALIFORNIA

8                           SAN JOSE DIVISION

9

10 Mohamed Abouelhassan,            )   Case No. C 08-03774 RS
                                    )
11         Plaintiff,               )   **STIPULATION AND [PROPOSED**
                                    )   **ORDER] CONTINUING HEARING**
12 v.                               )   **ON MOTION TO DISMISS**
                                    )
13 The United States of America (U.S. )
   Government), Secretary of the United States )
14 Army Pete Geren, Elena Levintova Allison, )
   Defense Language Institute, Department of )
15 Defense,                         )
                                    )
16         Defendants.              )
                                    )
17 _____  )

18

19      This is an employment discrimination case. The Federal Defendants filed a motion to

20 dismiss, which is scheduled for hearing on March 6, 2009. Attorney for Plaintiff, Mark

21 Malachowski, has a hearing on March 6, 2009 in *People v. Navarro*, Alameda County Superior

22 Court, Case # 414130.

23      Therefore, parties hereby STIPULATE AND REQUEST that the Court continue the

24 hearing on this motion to March 25, 2009.

25

Case No. 08-03774 RS
Stipulation re Extensions of Time; Proposed Order

_____
abouelhassan.titleVII.stip.cont.hearing.3

- 1 -

1
2                                                   Respectfully submitted,

3                                                          /s/
   DATED: March 3, 2009
4                                                   _____
                                                    MARK T. MALACHOWSKI
5                                                   Attorney at Law

6
   DATED: March 3, 2009                             JOSEPH P. RUSSONIELLO
7                                                   UNITED STATES ATTORNEY

8
                                                           /s/
9                                                   _____
                                                    CLAIRE T. CORMIER
10                                                  Assistant United States Attorney

11

12

13
                                    **[~~PROPOSED~~] ORDER**
14

   Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.
15

16
   DATED: ___March 5_____, 2009
17                                                  _____
                                                    RICHARD SEEBORG
18                                                  UNITED STATES MAGISTRATE JUDGE

19

20

21

22

23

24

25
   Case No. 08-03774 RS
   Stipulation re Extensions of Time; Proposed Order
   _____
   abouelhassan.titleVII.stip.cont.hearing.3
                                              - 2 -