**\*E-Filed 5/19/09\***

Mark Malachowski (CSBN 242696)
Attorney at Law
Malachowski and Associates
760 Market Street, Suite 947
San Francisco, CA 94102
Telephone: (415) 983 – 0717
FAX: (415) 986 – 8068
mark@marklawsf.com

Attorney for Mohamed Abouelhassan

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan, | **Case No. C 08-03774 RS** |
| Plaintiff, | **STIPULATION AND [PROPOSED]** |
| v. | **ORDER FOR STAY OF ACTION** |
| Secretary of the United States Army Pete Geren, | |
| Defendant. | |

     Plaintiff Mohamed Abouelhassan in stipulation with the Defendant's counsel respectfully requests for stay of action for the next four months. The plaintiff requests this stay due to the nature of his job that requires him to travel overseas. Plaintiff is currently employed in Iraq and is unable to participate in legal preparation and proceedings.

Case No. C08- 03774 RS

abouelhassan.title.7.stip.stay.1   - 1 -

|   |   |
|---|---|
| DATED:  May 5, 2009 | Respectfully submitted,<br><br>    /s/<br>MARK T. MALACHOWSKI<br>Attorney at Law |
| DATED: May 5, 2009 | JOSEPH P. RUSSONIELLIO<br>United States Attorney |
|   | _____/s/_____<br>CLAIRE T. CORMIER<br>Assistant United States Attorney |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: ___May 19_____, 2009

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Case No. C08- 03774 RS

abouelhassan.title.7.stip.stay.1          - 2 -