Mark Malachowski (CSBN 242696)
Attorney at Law

760 Market Street, Suite 947
San Francisco, CA 94102
Telephone: (415) 983 – 0717
FAX: (415) 986 – 8068
mark@marklawsf.com

Attorney for Mohamed Abouelhassan

*E-Filed 8/25/09*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan, | **Case No. C 08-03774 RS** |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR STAY OF ACTION** |
| v. | |
| Secretary of the United States Army Pete Geren, | |
| Defendant. | |

    Plaintiff Mohamed Abouelhassan in stipulation with the Defendant counsel respectfully requests for stay of action for four months after the expiration date of the last stipulation to stay which was for a period of four months ending on September 19, 2009. The plaintiff requests for stay due to the nature of his job that requires him to travel overseas. Plaintiff is employed in Iraq and has to stay there until the completion of his assignment.

Case No. C 08-03774 RS
Stipulation re Stay of Action; Proposed Order

_____

abouelhassan.stip.stay.of.action.2

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | /s/ |
|   | MARK T. MALACHOWSKI |
| DATED: August 20, 2009 | Attorney at Law |
|   |   |
|   | JOSEPH P. RUSSONIELLIO |
| DATED: August 21, 2009 | United States Attorney |
|   |   |
|   | /s/ |
|   | CLAIRE T. CORMIER |
|   | Assistant United States Attorney |

## [PROPOSED] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS SO ORDERED.

DATED: August 25, 2009

_____
RICHARD SEEBORG
UNITED STATES MAGISTRATE JUDGE

Case No. C 08-03774 RS
Stipulation re Stay of Action; Proposed Order

abouelhassan.stip.stay.of.action.2