1

2                                                              *E-Filed 9/13/10*

3

4

5

6

7                    IN THE UNITED STATES DISTRICT COURT

8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9                              SAN JOSE DIVISION

10    MOHAMED ABOUELHASSAN,                      NO. C 08-3774  RS

11              Plaintiff,                       **ORDER TO SHOW CAUSE**

12       v.

13    THE UNITED STATES OF AMERICA, et al.,

14              Defendants.
      _____/

15

16       Pursuant to the stipulation of the parties, on August 25, 2009 this action was stayed through

17    January 19, 2010, in light of plaintiff's employment in Iraq. There has been no further activity in

18    this action since expiration of that stay.  Accordingly, good cause appearing, within 10 days of the

19    date of this order, plaintiff shall file a declaration or declarations showing cause, if any, why this

20    action should not be dismissed for lack of prosecution.  If plaintiff elects not to respond, the action

21    will be dismissed.[1]

22    IT IS SO ORDERED.

23    Dated:  9/13/10                            _____
                                                 RICHARD SEEBORG
24                                               United States District Judge

25

26

27

28
      _____
         [1]  A similar order to show cause is being issued in the related case, C 07-4038 RS.

                                           1

United States District Court
For the Northern District of California