Case5:08-cv-03774-RS Document40 Filed10/05/10 Page1 of 1

AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Mohamed Abouelhassan

Plaintiff(s),

V.

Pete Geren

Defendant(s).

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: C 08-3774 RS

Notice is hereby given that, subject to approval by the court, __Mohamed Abouelhassan__ substitutes
(Party (s) Name)

__Mohamed Abouelhassan - Pro Se__, State Bar No. __N/A__ as counsel of record in
(Name of New Attorney)

place of __Mark Malachowski__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

| Firm Name: | Mohamed Abouelhassan - Pro Se |
| Address: | 1161 Westbury Circle, Apt. 8, Lansing, MI 48917 |
| Telephone: | (510) 501-1800       Facsimile |
| E-Mail (Optional): | egyptusa76@msn.com |

I consent to the above substitution.

Date: 10/1/2010

(Signature of Party (s))

I consent to being substituted.

Date:

(Signature of Former Attorney (s))

I consent to the above substitution.

Date: 10/1/2010

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date  10-5-10

Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]