```
MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan, ) <br> ) <br>     Plaintiff, ) <br> ) <br>   v. ) <br> ) <br> United States, et al., ) <br> ) <br>     Defendants. ) <br> _____ ) | Case No. C 08-03774 RS <br><br> **STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> AS MODIFIED BY THE COURT |

    This case is currently scheduled for a case management conference on October 21, 2010.

    The plaintiff in this case and a related case (*Mohamed Abouelhassan v. Allison, et al.*, Case No. C07-4038 RS), has recently substituted himself in propria persona in place of his attorney. The parties have begun settlement discussions to see if this case can be resolved without further litigation.

    In order to allow some time for settlement discussions, and to allow plaintiff time to assess the status of the cases, the parties HEREBY STIPULATE AND REQUEST that the case management conference for both related cases be continued to ~~November 18~~, 2010.
                                                            December 9, 2010.

//

//

//

IT IS SO STIPULATED.

DATED: October 8, 2010

Respectfully submitted,

MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER[1]
Assistant United States Attorney

DATED: October 8, 2010

/s/ Mohamed Abouelhassan

_____
MOHAMED ABOUELHASSAN
(aka Mark Oxford)
Plaintiff, in propria persona

## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the parties and good cause appearing, IT IS HEREBY ORDERED that the case management conference, previously scheduled for October 21, 2010, is continued to ~~November 18~~ December 9, 2010 at 10:00 a.m. The parties shall submit a joint case management statement no later than ~~November 10~~ December 2, 2010. The parties may submit a single case management statement for both related cases.

IT IS SO ORDERED.

DATED: __10/12_____, 2010   _____
RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE

---

[1] I, Claire T. Cormier, hereby attest that I have on file all holographic signatures for any signatures indicated by a "conformed" signature (/s/) within this e-filed document.