*E-Filed 10/25/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohammed Abouelhassan, | No. C 08-03774 RS |
| Plaintiffs, | **STANDBY ORDER TO SHOW CAUSE** |
| v. | |
| United States of America, Pete Green, Elena Levintova Allison | |
| Defendants. | |

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **December 30, 2010**.   If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **January 6, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.

Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated:   10/22/10

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE

No. C 08-03774 RS

STANDBY ORDER TO SHOW CAUSE

2