```
MELINDA HAAG (CSBN 132612)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
CLAIRE T. CORMIER (CSBN 154364)
Assistant United States Attorney

    150 Almaden Blvd., Suite 900
    San Jose, California 95113
    Telephone: (408) 535-5082
    FAX: (408) 535-5081
    Claire.Cormier@usdoj.gov

Attorneys for Federal Defendants
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Mohamed Abouelhassan,<br><br>        Plaintiff,<br><br>    v.<br><br>Elena Levintova Allison, Department of Defense, Defense Language Institute,<br><br>        Defendants. | Case No. C 07-4038 RS |
| Mohamed Abouelhassan,<br><br>        Plaintiff,<br><br>    v.<br><br>United States, et al.,<br><br>        Defendants. | Related Case:<br>Case No. C 08-03774 RS<br><br>**STIPULATION OF DISMISSAL AND [PROPOSED] ORDER** |

//
//
//
//
//

| | |
|---|---|
| 1 | Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and the Agreement of |
| 2 | Compromise and Settlement entered into by plaintiff and defendants, the parties to these actions |
| 3 | hereby stipulate and agree that the above-referenced actions are dismissed with prejudice in their |
| 4 | entirety, with each party bearing its own fees, costs, and expenses. |

**IT IS SO STIPULATED**.

Respectfully submitted,

DATED: November 19, 2010

MELINDA HAAG
United States Attorney

/s/ Claire T. Cormier

_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: November ___, 2010

_____
MOHAMED ABOUELHASSAN
(aka Mark Oxford)
Plaintiff, in propria persona

### [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: __11/22/10__

_____
HON. RICHARD SEEBORG
United States District Judge

Pursuant to Federal Rule of Civil Procedure Rule 41(a)(2) and the Agreement of Compromise and Settlement entered into by plaintiff and defendants, the parties to these actions hereby stipulate and agree that the above-referenced actions are dismissed with prejudice in their entirety, with each party bearing its own fees, costs, and expenses.

**IT IS SO STIPULATED.**

Respectfully submitted,

DATED: November ___, 2010

MELINDA HAAG
United States Attorney

_____
CLAIRE T. CORMIER
Assistant United States Attorney

DATED: November 16, 2010

_____
MOHAMED ABOUELHASSAN
(aka Mark Oxford)
Plaintiff, in propria persona

### [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing, IT IS SO ORDERED.

Dated: _____

_____
HON. RICHARD SEEBORG
United States District Judge